UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ronak Chaudhary et al,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Alejandro Mayorkas et al,<br><br>　　　　　　　　Defendants. | 24-CV-8042 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

WHEREAS on October 22, 2024, Plaintiff filed a petition for writ of mandamus, and on November 12, 2024, counsel for Defendants appeared,

IT IS HEREBY ORDERED that by **December 18, 2024**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **January 15, 2025**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **January 29**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

　　SO ORDERED.

Dated: November 20, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge